THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN PETRUCCI, Appellant.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

People v. Petrucci, 216 App. Div. 849, affirmed.

(Argued January 13, 1927; decided January 27, 1927.)

·APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 21, 1926, which affirmed a judgment of the Kings County Court, rendered upon a verdict convicting defendant of the crime of robbery in the first degree.

*W. N. Seligsberg* and *Jacob Shientag* for appellant. *Charles J. Dodd*, District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: KELLOGG, J.